**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2179**

SHEILA MICHAEL,

                Plaintiff - Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Jillyn K. Schulze, Magistrate Judge. (8:09-cv-02575-JKS)

Submitted: April 19, 2012           Decided: May 8, 2012

Before GREGORY, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sheila Michael, Appellant Pro Se. Alex Gordon, Allen F. Loucks, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Michael appeals the magistrate judge's order affirming the Commissioner of Social Security's decision to deny Michael a period of disability insurance benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (West Supp. 2011); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm. See Michael v. Astrue, No. 8:09-cv-02575-JKS (D. Md. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pursuant to 28 U.S.C. § 636(c) (2006), the parties consented to proceeding before a magistrate judge.

2